UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LISA C. NORRIS, individually and on behalf of the Estate of Ronald H. Norris, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO, an Idaho Corporation, DOES I through X, and BUSINESS ENTITY DOES I through X,<br><br>    Defendants. | Case No. 4:15-cv-00044-BLW<br><br>**ORDER APPROVING PARTIES' STIPULATION AND MODIFYING CASE MANAGEMENT ORDER DEADLINES** |
| FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO,<br><br>    Counterclaimant,<br><br>vs.<br><br>LISA C. NORRIS, individually and on behalf of the Estate of Ronald Hyrum Norris, deceased,<br><br>    Counter-defendant. | |

    The Parties' Stipulation Requesting Court to Extend Two Case Management Deadlines ("Stipulation"), Dkt. 19, having duly come before the Court and the Court having considered the same and good cause appearing therefor:

    IT IS HEREBY ORDERED AND THIS DOES ORDER that the Parties' Stipulation is hereby APPROVED.

**ORDER APPROVING PARTIES' STIPULATION AND MODIFYING CASE MANAGEMENT ORDER DEADLINES - 1**

IT IS FURTHER ORDERED AND THIS DOES ORDER, that two deadlines contained within the Court's May 6, 2015 Case Management Order ("CMO"), are hereby modified as follows:

1. The <u>Dispositive Motions Deadline</u> of April 1, 2016 is extended to June 1, 2016, and;

2. <u>The Completion of Discovery Deadline</u> of March 31, 2016 is extended to May 31, 2016.

3. All other deadlines contained within the CMO shall remain in effect.

DATED: February 9, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court