James L. Martin, ISB No. 4226
Tyler J. Anderson, ISB No. 6632
Benjamin C. Ritchie, ISB No. 7210
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
jlm@moffatt.com
tya@moffatt.com
bcr@moffatt.com
13900.0244

Attorneys for Defendant/Counterclaimant Farm Bureau Mutual Insurance Company of Idaho

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LISA C. NORRIS, individually and on behalf of the Estate of Ronald H. Norris, deceased,<br><br>        Plaintiff,<br><br>vs.<br><br>FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO, an Idaho Corporation, DOES I through X, and BUSINESS ENTITY DOES I through X,<br><br>        Defendants. | Case No. 4:15-cv-00044-BLW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**　　　　　　　　　　　　　　　Client:4075984.1

| |
|---|
| FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO, <br><br>　　　　　Counterclaimant, <br><br>vs. <br><br>LISA C. NORRIS, individually and on behalf of the Estate of Ronald Hyrum Norris, deceased, <br><br>　　　　　Counter-defendant. |

COME NOW, the above-captioned plaintiff/counterdefendant Lisa C. Norris, by and through undersigned counsel of record, and defendant/counterclaimant Farm Bureau Mutual Insurance Company of Idaho, by and through undersigned counsel of record, and pursuant to Rule 41, hereby stipulate and agree that all claims, counterclaims, and causes of action that were or might have been asserted in this case may be dismissed with prejudice as all claims have been fully resolved and settled, with each party bearing its own costs and attorney fees.

DATED this 15th day of March, 2016.

　　　　　　　　　　　　　　　　　　MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED


　　　　　　　　　　　　　　　　　　By */s/ James L. Martin*
　　　　　　　　　　　　　　　　　　　　James L. Martin – Of the Firm
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant/Counterclaimant
　　　　　　　　　　　　　　　　　　　　Farm Bureau Mutual Insurance Company
　　　　　　　　　　　　　　　　　　　　of Idaho

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**　　　　　　　Client:4075984.1

DATED this 15th day of March, 2016.

                                            PEDERSEN AND WHITEHEAD

                          By */s/ Jarom A. Whitehead*
                             Jarom A. Whitehead – Of the Firm
                             Attorneys for Plaintiff/Counterdefendant
                             Lisa C. Norris individually and on behalf
of the Estate of Ronald H. Norris