UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LISA C. NORRIS, individually and on behalf of the Estate of Ronald H. Norris, deceased,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO, an Idaho Corporation, DOES I through X, and BUSINESS ENTITY DOES I through X,<br><br>　　　　　　Defendants. | Case No. 4:15-cv-00044-BLW<br><br>**JUDGMENT** |
| FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO,<br><br>　　　　　　Counterclaimant,<br><br>vs.<br><br>LISA C. NORRIS, individually and on behalf of the Estate of Ronald Hyrum Norris, deceased,<br><br>　　　　　　Counter-defendant. | |

　　　　　Pursuant to the Stipulation for Dismissal with Prejudice (Dkt. No. 21) and finding good cause therefore,

　　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Stipulation for Dismissal with Prejudice (Dkt. No. 21) is APPROVED.  Accordingly, all claims, counterclaims, and causes of action that were or might have been asserted in this case are

**JUDGMENT - 1**

dismissed with prejudice, with each party to bear its own costs and attorney fees. The Clerk shall close this case.

DATED: March 16, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

**JUDGMENT - 2**